IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-41 (DF) |
| **CEDRIC JEROME ISAAC**, | VIOLATION(S): Drug Related |
| Defendant | |

# ORDER OF REVOCATION AND DETENTION

Defendant, **CEDRIC JEROME ISAAC**, represented by legal counsel Ms. Rachel D. Caputo of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on the motion of the United States seeking a revocation of this court's order of May 20, 2005, setting conditions for his pretrial release. The United States was represented by Assistant U. S. Attorney Verda Colvin. Based upon the evidence presented and legal argument made, the court finds:

### LEGAL FINDINGS

(1) there is probable cause to believe that the defendant has committed a federal, state, or local crime while on release by selling marijuana, a controlled substance; and,

(2) based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release which will assure that defendant Isaac will not pose a danger to the safety of any other person or the community by continuing to engage in the sale of illegal drugs: the defendant was recently arrested for selling marijuana to a confidential informant after complaints of numerous sales from his place of residence while on release from this court on a similar criminal charge.

### FINDINGS OF FACT

Credible evidence presented at the hearing this day held by Sgt. Quinones of the Houston County Drug Squad established that on October 31, 2005, defendant Isaac sold a quantity of marijuana to a confidential informant acting under the direction of Houston County drug officers. His residence had been under surveillance for quite some time prior to the controlled buy because of complaints of drug sales. Law enforcement officers suspected numerous drug transactions at this residence and obtained a search warrant after the controlled buy. A quantity of marijuana as well as two firearms were found in the household during the search. A state arrest warrant was thereafter obtained charging defendant Isaac with possession with intent to sell marijuana.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered May 20, 2005, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 28th day of NOVEMBER, 2005.



        CLAUDE W. HICKS, JR.
        UNITED STATES MAGISTRATE JUDGE